John Cappock, Appellant, v. Commonwealth Fuel Co., Inc., and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

John Cappock, Appellant, v. Commonwealth Fuel Co., Inc., and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

Esther T. Crater, Respondent, v. Camet Construction Corporation and Others, Appellants, and Municipal Bank, Defendant.— Motion to extend time and to add appeal to June calendar denied.█ Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

Ciro D'Arversa, Respondent, v. Salvatore Lentini and Others, Respondents. Ethel London and Others, Defendants; Pietro Miano, Purchaser, Appellant.— Motion for reargument of motion granted, and upon reargument stay granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

Charles De Santis, an Infant, by Helen De Santis, His Guardian ad Litem, Appellant, Respondent, v. Peter Luger, Respondent, Appellant.— Motion to resettle order dated March 21, 1930, granted and resettled order signed. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

Patrick Eufemia, Respondent, v. Peter Bondi and Marie Bondi, Sued Herein as "Mary Bondi," Appellants.— Motion to resettle order granted and order resettled so as to fix the 23d day of June, 1930, at ten o'clock in the forenoon, as the time for closing the title at the office of plaintiff's attorney, as specified in the contract. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

Vincenzo Di Gabriele, Respondent, v. Moonlight Gardens, Inc., etc., and Others, Appellants.— Motion granted and defendants given ten days after the determination of appeal within which to answer in the event of an affirmance of the order. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

Jacob Gesele and Hattie Gesele, His Wife, Respondents, v. Gerda M. Johansen, Appellant.— Motion denied without prejudice to defendant to move at Special Term to compel plaintiffs to enter judgment in accordance with the order of modification of this court (McWilliams, Inc., v. Ætna Ins. Co., 120 Misc. 117), except that plaintiffs will be stayed from proceeding under the old judgment providing defendant make an application for the above relief within five days from the entry of the new judgment. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

Pincus Glickman, Respondent, v. New York Bankers, Inc., and Others, Defendants. William Malafsky, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

Greenleaf Realty Corporation, Respondent, v. Phœnix Assurance Company Limited of London and Others, Appellants, and Suffolk County Trust Company, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

Morris Gruskin, Respondent, v. Chauncey Miller, Appellant.— Motion